ACCEPTED
04-14-00167-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
1/13/2015 4:11:23 PM
KEITH HOTTLE
CLERK

No. 04-14-00167-CV

In the
Fourth Court of Appeals
at Amarillo, Texas

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

01/13/2015 4:11:23 PM

KEITH E. HOTTLE
Clerk

_____

Stephens & Johnson Operating Co., *et al.*,
Appellants,

vs.

Charles W. Schroeder, *et al.*,
Appellees.

_____

Appealed from the 229th District Court of
Jim Hogg County, Texas
Cause No. CC-04-143

---

Appellees' Unopposed 1st Motion
for Extension of Time to File Brief

---

Baldemar Garcia Jr.
Texas Bar No. 00790740
email: bgarcia@personwhiworth.com
lead appellate counsel for appellees
Martha Cigarroa de Llano
Texas Bar No. 04250800
email: mdellano@personwhitworth.com
PWBM, LLP
602 East Calton Road, 2nd Floor (78041)
P. O. Drawer 6668 (78042)
Laredo, Texas
voice 956.727.4441
facsimile 956.727.2696

No. 04-14-00167-CV

Stephens & Johnson Operating Co., *et al.*,
Appellants,

vs.

Charles W. Schroeder, *et al.*,
Appellees.

---

## Appellees' Unopposed 1st Motion for Extension of Time to File Brief

---

To the Honorable Fourth Court of Appeals:

Now Come appellees and file this their unopposed 1st motion for extension of time to file their brief, and in support thereof, would respectfully show unto the Appellate Court as follows, to-wit:

1.     The appellees and movants are: (1) Charles W. Schroeder; (2) Elsie A. Schroeder-Schneider; (3) Hollis London; (4) Terry Mengers-Reel; (5) Ted Mengers; (6) Debbie Mengers-Quates; (7) August H. Steinmeyer; (8) Carole Schroeder-Miller; (9) James M. Schroeder; (10) Sally Schroeder-Tinanus; (11) James E. Schroeder; (12) Sue Schroeder-Stanford; (13) Bill Schroeder; (14) Wayne Hennecke; (15) Diane Hennecke-Rhodes; (16) Jerri James; (17) W. Tom Haley; and (18) Peggy Hailey.

2.     The appellants are: (1) Stephens and Johnson Operating Co.; (2) Henry W. Beyer, III Trust; (3) CAH, Ltd.-MOPI for Capital Account; (4) CAH, Ltd.-Stivers Capital Account; (5) CAH, Ltd.-Weigand Resources Capital Account Weigand Resources; (6) C.T. Carden; (7) Myrl W. Deitch Trust; (8) E.R.

Godbout Family Trust; (9) Margaret J. Godbout; (10) F.R. Keydel; (11) R.L. Keydel; (12) Pennye K. Maloney; (13) David R. McNitt; (14) RCA Trust One; (15) Donald B. Scott; (16) Sunset Production Corporation; and (17) Genessee Country Museum. Appellant Genessee is represented by Ms. Lynse Guerra. The remaining 16 appellants are represented by Mr. Augustin Rivera Jr.

3.      No rule limits the time within which to file a motion to extend. TEX. R. APP. P. 38.6(d).

4.      Counsel for appellees has conferred with counsel for appellants, and this first motion for extension is unopposed.

5.      The Court may extend the time within which to file a brief under the authority of Texas Rules of Appellate Procedure 38.6(d) and 10.5(b).

6.      The clerk's record was filed on April 10, 2014 in this summary judgment appeal. This Appellate Court initially issued a stay to allow mediation, which was unsuccessful. Appellant Genessee then filed its brief on October 17, 2014 and the remaining appellants filed their brief on December 4, 2014, after being granted two unopposed extensions totaling 48 days (1st extension for 45 days + 2nd extension for 3 days). Appellees' brief was originally due 30 days later, on January 5, 2015. TEX. R. APP. P. 38.6(b).

7.      Because the January 5th due date passed without a brief or request for extension, on January 12, 2015 this Court signed an Order requiring the filing of appellees' brief on January 22, 2015.

8.     Appellees now respectfully file this unopposed 1st motion for extension of time to explain their oversight and request a 30 extension to file their brief, which would extend the time to file until Wednesday, February 4, 2015.

9.     This is appellees' first request for an extension of time.

10.     Lead appellate counsel for appellees mistakenly failed to calendar the due date for their brief. Although he reviewed the Order from this Court dated December 8, 2014 that granted appellants' 2nd motion for extension of time, the Order's failure to expressly state the new due date led him to incorrectly assume appellants had been afforded the customary 30 day extension. Appellees' counsel did not know their brief was late until he today received the Court's January 12th Order. Appellees' counsel should have referred to appellants' 2nd motion for extension of time when he reviewed the Court's associated December 8th Order to correctly calendar the due date for appellees' brief.

11.     Appellees request an extension of time so that their appellate counsel may have an appropriate opportunity to prepare their brief. In the 30 days prior to the current due date of January 5, 2014, lead appellate counsel was: (1) lead counsel in a week-long jury trial in federal district court, being Civil Action No. 5:10-cv-121, styled *Jaime Guzman and Derrick Lambert v. Celadon Trucking Services, Inc. and Melvin Jones Jr.*, currently pending in the United States District Court, Southern District of Texas, Laredo Division; (2) counsel for an unsuccessful bidder in a bankruptcy auction, being Case No. 14-50155, styled *In re: GBG Ranch, Ltd., debtor*, currently pending in the United States Bankruptcy Court,

Southern District of Texas, Laredo Division; and (3) out of the office for the Christmas holiday.

12.	Wherefore, Premises Considered, appellees respectfully request this Appellate Court to grant this request for additional time for the filing of their brief in this Appeal.

Respectfully submitted,

/s/ *Baldemar Garcia Jr.*
Baldemar Garcia Jr.
Texas Bar No. 00790740
email: bgarcia@personwhitworth.com
lead appellate counsel for appellees
Martha Cigarroa de Llano
Texas Bar No. 04250800
email: mdellano@personwhitworth.com
PWBM, LLP
602 East Calton Road, 2nd Floor (78041)
P. O. Drawer 6668 (78042)
Laredo, Texas
voice 956.727.4441
facsimile 956.727.2696

Certificate of conference

The undersigned has conferred with opposing counsel regarding this 1st motion for extension of time to file brief, and it is unopposed.

/s/ *Baldemar Garcia Jr.*
Baldemar Garcia Jr.

Certificate of service

Appellees' unopposed 1st motion for extension of time to file brief was served by electronic mail on all counsel of record on January 13, 2015. TEX. R. APP. P. 9.5.

Augustin Rivera Jr.
Dunn, Weathered, Coffey, Rivera, & Kasperitis, PC
611 South Upper Broadway
Corpus Christi, Texas 78401
facsimile 361.883.1599
email: ariverajr@swbell.net

Lynse L. Guerra
Skaggs & Guerra, LLP
710 Laurel
P. O. Drawer 2285
McAllen, Texas 78502
facsimile 956.630.6570
email: sgllp@sbcglobal.net

/s/ *Baldemar Garcia Jr.*
Baldemar Garcia Jr.